UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO.: 25-17469** |
| | **CHAPTER 13** |
| **Baron Joseph Thompson,**<br>   **Debtor.** | |

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of HSBC Bank, USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2005-AG1, Asset Backed Pass-Through Certificates ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
Attorney for Secured Creditor
130 Clinton Rd #202
Fairfield, NJ 07004
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Cory Woerner
    Cory Woerner
    Email: cwoerner@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 21, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

BARON JOSEPH THOMPSON
PO BOX 561
OAKHURST, NJ 07755

U.S. TRUSTEE
US DEPT OF JUSTICE,
OFFICE OF THE US TRUSTEE,
ONE NEWARK CENTER
STE 2100
NEWARK, NJ 07102

By: /s/ Angela Gill