25-17469 CMG

DEAR COURT,

I had my other surgery on my right. My eyes are sore & hard to see.

THERE GOING TO RE-CHECK MY EYES IN A MONTH OR SO TO SEE HOW MY EYES ARE healing.

I will need time to allow my eyes to heal in order to finish my bankruptcy intake application. When my eyes are re-checked, I will let the court know.

7/25/25