Dear Court  8-25-25

17469
25-17469

FILED
JEANNE A. NAUGHTON, CLERK
AUG 29 2025
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

Eye Dr. still working on my eye site still unable to see. Hae to go under more test. Then I will go to see a low vision specialist

I DON'T KNOW AS OF YET TILL I GO BACK TO DOCTOR IN SEPTEMBER TO GET EXAMED AND THEN GO TO EYE SPECIALIST. REQUESTING 90 DAYS ADJORNMENT, THEN RE-ACCESS CONDITION OF EYES

Mr. Terry Thompson

**Del Negro & Senft Eye Associates**
Ralph G. Del Negro, D.O
Carl J. Senft, M.D
Marina Glatman, M.D.

Tina V. Shah, O.D.
Patricia Carniglia, O.D.

2100 Corlies Ave., Neptune, NJ 07753
(732) 774-5566

152 Broad St., Red Bank, NJ 07701
(732) 747-7725

100 Drum Point Rd., Brick, NJ 08723
(732) 920-0099

Updated: 3/2024

*Dr Tull*

## Eye Medication Schedule

Codes:   R = right eye    L = left eye    B = both eyes

| MEDS | 8:00 AM | 10:00 AM | 12:00 PM | 2:00 PM | 4:00 PM | 6:00 PM | 8:00 PM | Bedtime | Stop On |
|---|---|---|---|---|---|---|---|---|---|
| BRIMONIDINE (PURPLE) | B | | | | | B | | | |
| BRIMONIDINE-TIMOLOL (BLUE) | | | | | | | | | |
| DORZOLAMIDE (ORANGE) | | | | | | | | | |
| DORZOLAMIDE-TIMOLOL (BLUE) | | | | | | | | | |
| LUMIGAN/LATANOPROST/VYZULTA/TRAVAPROST (TEAL) | | | | | | | | B | |
| RHOPRESSA/ROCKLATAN (WHITE) | | | | | | | | | |
| TIMOLOL (YELLOW) | B | | | | | B | | | |
| BACITRACIN OINTMENT | | | | | | | | | |
| ERYTHROMYCIN OINTMENT | | | | | | | | | |
| LOTEMAX/FLAREX (PINK) | | | | | | | | | |
| POLYMYXIN (WHITE) | | | | | | | | | |
| PREDNISOLONE / DUREZOL (PINK) | | | | | | | | | |
| PROLENSA / KETOROLAC (GRAY) | | | | | | | | | |
| RESTASIS/XIIDRA | | | | | | | | | |
| TEARS | | | | | | | | | |
| TEAR OINTMENT/GEL DROPS | | | | | | | | | |
| TIMOLOL (YELLOW) | | | | | | | | | |
| TOBRAMYCIN-DEXAMETHASONE (PINK) | | | | | | | | | |
| TRIFLURIDINE/ZIRGAN | | | | | | | | | |